**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6607**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

YAGOUB M. MOHAMED, a/k/a Mohammed A. Yagoub,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:01-cr-00177-REP-1)

———————

Submitted:  August 21, 2014      Decided:  August 26, 2014

———————

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Yagoub M. Mohamed, Appellant Pro Se.  Michael Calvin Moore, Assistant United States Attorney, Gregg Robert Nivala, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yagoub M. Mohamed appeals the district court's order denying his petition for a writ of error coram nobis and his supplemental petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Mohamed, No. 3:01-cr-00177-REP-1 (E.D. Va. Dec. 31, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED